■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNABE ENCARNACION, Appellant. [703 NYS2d 412] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that the jury verdict finding him guilty of murder in the second degree (Penal Law § 125.25 [1]) and promoting prison contraband in the first degree (Penal Law § 205.25 [2]) is not supported by legally sufficient evidence and is against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). Defendant's contention that reversal is mandated because of prosecutorial misconduct on summation is not preserved for our review (*see,* CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]).

The contentions of defendant raised in his *pro se* supplemental brief that the prosecutor knowingly introduced false

testimony and that he was denied effective assistance of counsel are without merit. The record contains no evidence that the prosecutor knowingly introduced false testimony (*cf., People v Pelchat*, 62 NY2d 97; *People v Savvides,* 1 NY2d 554). Upon our review of the record, we conclude that defendant received meaningful representation (*see, People v Baldi*, 54 NY2d 137, 147). (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Murder, 2nd Degree.) Present—Hayes, J. P., Hurlbutt, Balio and Lawton, JJ.